UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARK A. TORNELLO,

        Plaintiff,                  07-CV- 4064 (SCR)(LMS)

  - against -

                            **NOTICE OF APPEARANCE**

ROBERT EARL SANDERS,

        Defendant.
----------------------------------------------------------------X

      Please take notice that the undersigned attorney, duly admitted to practice in this Court, represents defendant Robert Earl Sanders in this action. Please direct all further correspondence and/or electronic notices to the undersigned.

Dated:  New York, New York
         July 19, 2007

                                          _____
                                          MARIA BAROUS HARTOFILIS (MBH-5350)
                                          Assistant Attorney General
                                          120 Broadway, 24th Floor
                                          New York, NY  10271
                                          (212) 416-6295
                                          Maria.Hartofilis@oag.state.ny.us

## DECLARATION OF SERVICE

MARIA BAROUS HARTOFILIS, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

That on the 19th day of July, 2007, I caused to be served a Notice of Appearance in this matter, on behalf of defendant Robert Earl Sanders, upon the following named person:

>Jonathan Lovett
>Lovett & Gould, LLP
>222 Bloomingdale Road
>White Plains, NY 10605

plaintiff's counsel, by depositing a true and correct copy thereof, properly enclosed in a pre-paid wrapper, in a post-office box regularly maintained by the government of the United States at 120 Broadway, New York, New York 10271, directed to said counsel for plaintiff at the address within the State designated by him for that purpose.

_____
Maria Barous Hartofilis

Executed on July 19, 2007