# LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

JONATHAN LOVETT  
JANE BILUS GOULD

222 BLOOMINGDALE ROAD  
WHITE PLAINS, N.Y. 10605

KIM PATRICIA BERG+  
DRITA NICAJ+

914-428-8401  
FAX 914-428-8916

+also admitted in New Jersey

## MEMO ENDORSED

July 24, 2007

Hon. Stephen C. Robinson  
United States District Judge  
United States Courthouse  
300 Quarropas Street  
White Plains, New York 10601

RECEIVED JUL 25 2007

Re: <u>Tornello v. Sanders</u>, 07 Civ. 4064 (SCR)

Dear Judge Robinson:

On July 19, 2007, the Attorney General first appeared in this action, filing both a notice of appearance and an answer. Under cover of this letter I am forwarding to defense counsel the Court's proposed scheduling order and in that connection I request permission to late file same once the parties have agreed upon dates.

Respectfully,

Jonathan Lovett

JL:clp  
Cc: Maria Barous Hartofilis., Esq., w. encls.  
Assistant Attorney General  
120 Broadway, 24th Floor  
New York, New York 10271

APPLICATION GRANTED  
Stephen C Robinson  
HON. STEPHEN C. ROBINSON  
7/26/07

The parties shall submit a proposed scheduling order not less than 14 days prior the initial pretrial conference in this matter, currently scheduled for 9/14/07 @ 10:00.