

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

**ANDREW M. CUOMO**
Attorney General

212-416-6295

**LESLIE G. LEACH**
Executive Deputy Attorney General
Division of State Counsel

**JUNE DUFFY**
Assistant Attorney General in Charge
Litigation Bureau

February 13, 2008

**BY FACSIMILE**
Hon. George A. Yanthis
United States District Court
Southern District of New York
300 Quarropas Street, Rm. 118
White Plains, New York 10601

# MEMO ENDORSED

Re:    Tornello v. Sanders, 07 Civ. 4064 ((CLB)(GAY)

Dear Judge Yanthis:

I represent the defendant in the above-referenced matter. On consent, the parties respectfully request that the discovery deadline in this case be extended from February 15, 2008, to April 15, 2008 for fact discovery and that the deadline for expert depositions be extended to April 30, 2008. This is the first request for an extension of the discovery deadline in this case.

An extension of discovery is necessary because defendant is still owed necessary documents from plaintiff, some of which are needed in order to conduct expert discovery. Defendant is also waiting for documents regarding plaintiff's alleged monetary damages as well as a list of plaintiff's witnesses for trial, so that defendant can take any necessary depositions. Furthermore, an extension is needed because depositions of plaintiff and one of his witnesses had to be postponed past the discovery deadline due to plaintiff coming down with the flu.

Wherefore, it is respectfully requested that fact discovery deadline be extended to April 15, 2008 and the deadline for expert depositions be extended to April 30, 2008.

Respectfully submitted,

Maria Barous Hartofilis
Assistant Attorney General

cc:    Jonathan Lovett, Esq.
       *Counsel for Plaintiff - By Facsimile*

EXTENSION GRANTED

SO ORDERED:

2/13/08

TOTAL P.02