UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARK A. TORNELLO,

                              Plaintiff,

            - against -

ROBERT EARL SANDERS,

                              Defendant.
----------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 4064 (CLB) (GAY)

       The above entitled action is referred to the Hon. George A. Yanthis, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**_X_ All Purposes**

___ Specific Non-Dispositive Motion/Dispute:*

___ Settlement*

___ Inquest After Default/Damages Hearing

___ All purposes permitted by law

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose of _____

___ Habeas Corpus

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
            February 21, 2008

                                        _Charles L. Brieant_
                                        United States District Judge