

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

**ANDREW M. CUOMO**
Attorney General

**LESLIE G. LEACH**
Executive Deputy Attorney General
Division of State Counsel

212-416-6295

**MEMO ENDORSED**

**JUNE DUFFY**
Assistant Attorney General in Charge
Litigation Bureau

**BY FACSIMILE**
Hon. George A. Yanthis
United States District Court
Southern District of New York
300 Quarropas Street, Rm. 118
White Plains, New York 10601



Re: Tornello v. Sanders, 07 Civ. 4064 ((CLB)(GAY)

Dear Judge Yanthis:

    I represent the defendant in the above-referenced matter. The current discovery deadline in this case is May 30, 2008. On consent, the parties respectfully request that the discovery deadline in this case be extended until July 15, 2008. This is the third request for an extension of the discovery deadline in this case.

    As defendant explained during the May 23, 2008 Court conference, defendant has been waiting to receive from plaintiff, documents which support plaintiff's claim for monetary damages due to lost wages. Although these documents have been requested since November 30, 2007, they were not produced by plaintiff until this week. Due to the voluminous nature of the production, defendant needs time to review and analyze the documents. In addition, plaintiff has now asserted that other requested documents which might have supported his claim for lost wages no longer exist.

    Wherefore, the parties respectfully request that the discovery deadline be extended to July 15, 2008.

Approved.

**SO ORDERED:** /s/ George A. Yanthis 5/29/08

Hon. George A. Yanthis
United States Magistrate Judge.

Respectfully submitted,

Maria Barous Hartofilis
Assistant Attorney General

*Telephone conference to be initiated by plaintiff, shall be held on Thursday, July 10, 2008 at 9:00 am*

cc: Jonathan Lovett, Esq.
     *Counsel for Plaintiff - By Facsimile*

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 - Not For Service of Papers
http://www.oag.state.ny.us

TOTAL P.02