

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

**ANDREW M. CUOMO**
Attorney General

212-416-6295

**LESLIE G. LEACH**
Executive Deputy Attorney General
Division of State Counsel

**JUNE DUFFY**
Assistant Attorney General in Charge
Litigation Bureau



**MEMO ENDORSED**

**BY FACSIMILE**
Hon. George A. Yanthis
United States District Court
Southern District of New York
300 Quarropas Street, Rm. 118
White Plains, New York 10601

Re: Tomello v. Sanders, 07 Civ. 4064 ((CLB)(GAY)

Dear Judge Yanthis:

I represent the defendant in the above-referenced matter. Pursuant to the Court conference held on July 10, 2008, I write to advise the Court as to the status of possible settlement in this case and to respectfully request that the parties be given until September 30, 2008 to pursue settlement.

During the July 10th conference, the parties advised the Court that they were exploring the possibility of settling this case and would notify the Court of the status of their negotiations prior to the Court referring the case back to the District Judge assigned to the case. The docket sheet in this case indicates the case will be referred back on July 31, 2008.

To date, defendant has not received plaintiff's settlement demand. Due to the time required for this office to facilitate possible settlement once plaintiff's demand is received and the vacation schedules of the numerous parties which must approve any settlement in this case, defendant respectfully requests an extension of time until September 30, 2008 in order to pursue settlement. Although I attempted to obtain the consent of plaintiff's counsel to the September 30th date, I have not been able to communicate with him.

**SO ORDERED:**
8/6/08
_____
Hon. George A. Yanthis
United States Magistrate Judge.

Respectfully submitted,
_____
Maria Barous Hartofilis
Assistant Attorney General

cc: Jonathan Lovett, Esq.
*Counsel for Plaintiff - By Facsimile*

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 · Not For Service of Papers
http://www.oag.state.ny.us